940

No. 1138. REYNOLDS ET AL. *v.* SMITH ET AL. Appeal from D. C. E. D. Pa. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case set for oral argument immediately following No. 1134, *infra.* Joint motion to advance granted. *William C. Sennett,* Attorney General of Pennsylvania, *Edward Friedman,* Counsel General, and *Edgar R. Casper,* Deputy Attorney General, for appellants. *Harvey N. Schmidt* for appellees.

No. 925. BALTIMORE & OHIO RAILROAD CO. ET AL. *v.* ABERDEEN & ROCKFISH RAILROAD CO. ET AL.; and

No. 938. INTERSTATE COMMERCE COMMISSION *v.* ABERDEEN & ROCKFISH RAILROAD CO. ET AL. Appeals from D. C. E. D. La. Probable jurisdiction noted. Cases consolidated and a total of two hours allotted for oral argument. *Edward A. Kaier, Joseph F. Eshelman, Richard B. Montgomery, Jr., Eugene E. Hunt, Kenneth H. Lundmark* and *Kemper A. Dobbins* for appellants in No. 925, and *Robert W. Ginnane* and *Arthur J. Cerra* for appellant in No. 938. *Ashton Phelps, Howard J. Trienens, George L. Saunders, Jr., John W. Adams, Philip C. Beverly, James A. Bistline, R. Wray Henriott* and *Donal L. Turkal* for Aberdeen & Rockfish Railroad Co. et al., and *Carl E. Sanders* and *Walter R. McDonald* for Southern Governors' Conference et al., appellees in both cases. Reported below: 270 F. Supp. 695.

No. 1134. WASHINGTON ET AL. *v.* HARRELL ET AL. Appeal from D. C. D. C. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case set for oral argument immediately following No. 813 (389 U. S. 1032). Joint motion to advance granted. *Charles T. Duncan* and *Hubert B. Pair* for appellants. *Peter S. Smith* for appellees.